ARNOLD M. KATZ, Respondent, v. FRANK MEMOLI et al., Appellants.—

Beldock, P. J.,
Christ, Brennan, Rabin and Hopkins, JJ., concur.